**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H Landwer, | No. CV-24-03471-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Corebridge Direct Insurance Services Incorporated, et al., | |
| Defendants. | |

Plaintiff Charles H. Landwer previously requested the court issue a subpoena requiring a non-party to produce documents by sending them to Landwer's email address. (Doc. 34.) The court denied Landwer's request because the applicable rule requires a subpoena identify a physical place—not an email address—as the location for compliance. (Doc. 35 at 2.) The court also explained the governing rule only "allows a subpoena to require the production of documents or information 'within 100 miles of where' the subpoena recipient 'resides, is employed, or regularly transacts business.'" (Doc. 35 at 1) (quoting Fed. R. Civ. P. 45(c)(2)(A)). Landwer has filed another motion seeking issuance of a subpoena. The proposed subpoena would require a non-party located in Massachusetts produce documents at the federal courthouse in Arizona. (36 at 6.) Massachusetts is more than 100 miles from Phoenix, so Landwer's motion is denied.

/

/

/

Accordingly,

**IT IS ORDERED** the Motion for Issuance (Doc. 36) is **DENIED**.

Dated this 23rd day of June, 2025.

Honorable Krissa M. Lanham
United States District Judge